UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:20-cr-18-JPH-MJD |
| JAMES LUCKETT, | ) ) | - 01 |
| Defendant. | ) ) | |

## REPORT AND RECOMMENDATION

On December 5, 2023, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on October 24, 2023. Defendant appeared in person with his appointed counsel Dorie Maryan. The government appeared by James Warden, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Jamie Roberts.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant of his rights and provided him with a copy of the petition. Defendant orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant admitted violation number 1. [Docket No.74.]

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | "You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage." |ар
| | On October 9, 2023, Mr. Luckett submitted a urine sample for testing with the results being positive for cocaine. During the sample collection he denied using any illegal substances within the 30 days prior. The sample was sent to Alere Laboratories, where it was confirmed positive for cocaine. |
| | As previously reported to the Court, Mr. Luckett has tested positive for cocaine on July 12 and July 24, 2023, August 11, 2023, and September 17, and September 25, 2023. For the Court's awareness, Mr. Luckett also submitted a random urine sample on September 18, 2023, which was positive for cocaine. The September 18, 2023, would be within the detection window of the positive test on September 17, 2023, that this officer collected. |

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is VI.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 21 to 24 months' imprisonment.

5. The parties jointly recommended a sentence of 21 months. Defendant requested placement at the lowest security level at the Federal Correctional Complex in Terre Haute.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the condition in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 21 months with no supervised release to follow. The Magistrate Judge will make a recommendation of placement at the lowest security level at

2

appropriate at the Federal Correctional Complex in Terre Haute. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

Defendant reviewed the above noted conditions with his attorney.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 12/6/2023

_____
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system