UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cr-00018-JPH-MJD |
| JAMES LUCKETT, | ) -01 |
| Defendant. | ) ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Mario Garcia Report and Recommendation and all findings therein, dkt. [83]. The Court now **ORDERS** that James Luckett's supervised release is **REVOKED**, dkt. [73], and Mr. Luckett is sentenced to the custody of the Attorney General or his designee for imprisonment of 21 months with no supervised release to follow and placement at the lowest security level at appropriate at the Federal Correctional Complex in Terre Haute.

**SO ORDERED.**

Date: 12/12/2023

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C